IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PATRICIA KOCHMANN,

        Plaintiff,                      Case No. 1:14-cv-4130

vs.

MARQUETTE TRANSPORTATION,
COMPANY, LLC,

        Defendant.
_____/

Dennis M. O'Bryan
O'BRYAN BAUN KARAMANIAN
Attorney for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262; Fax: (248) 258-6047
dob@obryanlaw.net
       -and-
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel for Plaintiff
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
(312) 840-7004; Fax: (312) 840-7900 - fax
fmendelsohn@burkelaw.com
_____/

## COMPLAINT

NOW COMES Plaintiff, by and through counsel undersigned, O'BRYAN BAUN KARAMANIAN, complaining against Defendant as follows:

    1.    Jurisdiction and venue lie in this action, Defendant conducting business within this forum's

1

boundaries.

2. Federal question original and subject matter jurisdiction is founded under the Jones Act (46 USCA 30104) for negligence, and under the General Maritime Law for unseaworthiness, maintenance and cure.

3. At all times material to issues herein Plaintiff served as an employee of Defendant serving as a crewmember aboard its vessels, with all acts and/or omissions giving rise to this action occurring in the course of Plaintiff's employment in the service of his ship.

4. On or about February 3, 2014, Plaintiff was in the course of employment when the Captain of her vessel was ramming ice without warning causing Plaintiff to be thrown backwards breaking numerous bones in the process because of said failure to provide a safe place to work and seaworthy vessel.

5. Defendant's tortuous acts aforesaid caused or contributed to Plaintiff's damages, **inter alia**, as follows:

  a. Pain and suffering, past, present and future;

  b. Mortification, humiliation, fright shock and embarrassment;

  c. Loss of earnings and earning capacity;

  d. Hospital, pharmaceutical and other cure expenses;

  e. Aggravation of prior condition, if any there be;

  f. Inability to engage in social, recreational, and other pursuits previously enjoyed;

      g.      Mental anguish;

      h.      Found;

      i.      Maintenance, cure, wages, attorney fees and/or punitive damages.

WHEREFORE, Plaintiff demands trial by jury and judgment against Defendant, together with interest, costs, attorney fees and expenses, all to be methodically adjusted upwards during the pendency of this cause.

O'BRYAN BAUN KARAMANIAN

/s/ Dennis M. O'Bryan
Dennis M. O'Bryan (P30545)
Attorneys for Plaintiff
401 S. Old Woodward, Suite 450
Birmingham, MI 48009
(248) 258-6262; (248) 258-6047 - fax
dob@obryanlaw.net

    -and-

/s/ Frederic Mendelsohn (w/ consent)
Frederic Mendelsohn, (6193281)
Burke, Warren, MacKay & Serritella, P.C.
Local Counsel for Plaintiff
330 N. Wabash Ave., 21st Floor
Chicago, IL 60611-3607
312-840-7004; 312-840-7900 - fax
fmendelsohn@burkelaw.com

DATED: June 6, 2014